IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR 68 - KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | |
| LUIS ALBERTO MAYORGA-JIMENEZ | ) | Violation: 8 U.S.C. §§ 1326(a) and (b)(2) |
| | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 19, 2022, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**LUIS ALBERTO MAYORGA-JIMENEZ,**

an alien previously removed from the United States on or about January 30, 2010, at or near Hidalgo, Texas, and on or about October 2, 2015, at or near Del Rio, Texas, was found in the United States after having knowingly entered the United States, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States and after a conviction for the commission of an aggravated felony.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY